IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD MURRAY,<br>    Petitioner,<br><br>v.<br><br>DAVID DIGUGLIELMO et al.,<br>    Respondents. | CIVIL ACTION<br>NO. 09-4960 |

## **ORDER**

AND NOW, this 27th day of June, 2016, upon consideration of Petitioner's Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 60(b), (Dkt No. 50), it is hereby ORDERED that said Motion is DENIED for the reasons set forth in the accompanying Memorandum.

        BY THE COURT:

        /s/ C. Darnell Jones, II

        _____

        C. Darnell Jones, II  J.