IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLIFFORD MURRAY,<br>　　Petitioner, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 09-4960 |
| DAVID DIGUGLIELMO, *et al.*,<br>　　Respondents. | :<br>:<br>: |

# ORDER

**AND NOW**, this 27th day of March, 2020, in consideration of Petitioner Clifford Murray's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)(6) (ECF No. 61) and Motion for Appointment of Counsel (ECF No. 60), it is **ORDERED** that:

1. The Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)(6) is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. The Motion for Appointment of Counsel is **DENIED.**

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II
　　　　　　　　　　　　　　　　　　C. Darnell Jones, II　J.